UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON JAMES, | No. 2:18-cv-0358 AC P |
| Petitioner, | |
| v. | ORDER |
| KIMBERLY A. SEIBEL, Warden,[1] | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Although petitioner filed a copy of his February 3, 2018 request for withdrawal of $5.00 from his prison trust account statement, see ECF No. 2, payment has not been received by this court.[2]

Petitioner will be provided the opportunity to either submit the appropriate affidavit in

---

[1] A federal petition for writ of habeas corpus must name as respondent the state officer having custody of the petitioner. See 28 U.S.C. § 2254; Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts; Smith v. Idaho, 392 F.3d 350, 354-55 (9th Cir. 2004); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). Accordingly, Kimberly A. Seibel, Warden of Deuel Vocational Institution (petitioner's place of incarceration) is substituted as respondent herein.

[2] This case was original filed in the Fresno division of this court (there designated Case No. 1:18-cv-00214 JLT) before being transferred to the Sacramento division. However, review of the case dockets in both courts indicates that payment was not received in either court.

1 support of a request to proceed in forma pauperis or submit the appropriate filing fee.

2     In accordance with the above, IT IS HEREBY ORDERED that:

3     1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in
4 support of his request to proceed in forma pauperis or the appropriate filing fee.

5     2. Failure to comply with this order will result in a recommendation that this action be
6 dismissed without prejudice.

7     3. The Clerk of the Court is directed to send petitioner: (1) a copy of the in forma
8 pauperis form used by this district; and (2) a copy of petitioner's request for withdrawal from his
9 prison trust account (ECF No. 2).

10 DATED: March 6, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE